# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**v.**                 **CASE NO. 4:23-CR-00111-BSM**

**JERRON TAYLOR**                                                                 **DEFENDANT**

## ORDER

Jerron Taylor's *pro se* motion to reduce his sentence [Doc. No. 15] is denied because Amendment 821 was applied when Taylor was sentenced on November 15, 2023.

IT IS SO ORDERED this 29th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE